UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EILEEN POLIZZI, FUND MANAGER of the TEAMSTERS LOCAL 404 HEALTH SERVICES AND INSURANCE PLAN, Plaintiff, <br><br> v. <br><br> N&B EXPRESS, INC. and JAMES CAPELLI Defendants, <br><br> and <br><br> BANK OF WESTERN MASSACHUSETTS, Trustee. | CIVIL ACTION NO. <br><br> 05 - 30183 - MAP |

## PLAINTIFF'S MOTION FOR SPECIAL PROCESS SERVER

Plaintiff, Eileen Polizzi, Fund Director of Teamsters Local 404 Health Services and Insurance Plan, hereby moves this Court to appoint Quikserv, Inc., as a Special Process Server to serve the Verified Complaint, Notice to Defendants, and Motion for Approval of Attachment on Trustee Process for Defendant N & B express, Inc., and Motion for Approval of Attachment on Trustee Process for Defendant, James Capelli, on the Defendants in this action.

Respectfully submitted,
For the Plaintiff,
**Eileen Polizzi, Fund Director of the TEAMSTERS LOCAL 404 HEALTH SERVICES AND INSURANCE PLAN,**
By his attorneys,

*Kathleen A Pennini*
Matthew E. Dwyer
B.B.O. # 139840
Kathleen A. Pennini
B.B.O. # 654573
Dwyer, Duddy and Facklam, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108-1804
(617) 723-9777

Date: August 5, 2005
f:\l404hsip\n&bexpressinc\pldg\pldg\mot.specialprocessserver.doc:blg