%AO 440 (Rev. 8/01) Summons in a Civil Action

060679

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

Eileen Polizzi, Fund Manager of Teamsters Local
404 Health Services and Insurance Plan

V.

N & B Express, Inc. and James Capelli

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05 - 30183 - MAP

TO: (Name and address of Defendant)

James Capelli
29 January Hills Road
Shutesbury, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew E. Dwyer, Esq.
Dwyer, Duddy and Facklam, P.C.
Two Center Plaza, Suite 430
Boston MA 02108

an answer to the complaint which is served on you with this summons, within     20     days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

CLERK                                      DATE    8/5/05

(By) DEPUTY CLERK

◎AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | Sept 01, 2005 @ 10:30 AM |
| NAME OF SERVER (PRINT) Peter Brulotte | TITLE Franklin County - Dep. Sheriff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode ~~with a person of suitable age and discretion then residing therein.~~ Being 29 January Hill Rd - Shutesbury, Ma.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $42.94 | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  09-01-05
Date

Signature of Server: Peter Brulotte

466 Main St. - Greenfield, Ma. 01301
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AUGUST 18, 2005

# QUICKSERV
### ALLSTATE PROCESS SERVERS

## RETURN OF SERVICE

*I this day SERVED the within named*   JAMES CAPELLI

*by delivering to*   (2) ATTEMPTS. THERE IS NO #7 ON STREET – NUMBERS JUMP FROM #1 TO #9. NO LISTING WITH TELEPHONE INFORMATION. PLEASE ADVISE.

*in hand, or*
*leaving at last and usual place of abode, to wit:*

*No.*   7 JANUARY HILL ROAD
*in the*   SHUTESBURY   *District of said*   FRANKLIN   *County an attested copy of the SUMMONS, VERIFIED COMPLAINT, NOTICE TO DEFENDANTS, AFFIDAVIT OF RONALD EASTON, AFFIDAVIT OF EILEEN POLIZZI, MOTION FOR APPROVAL OF TRUSTEE PROCESS FOR JAMES CAPELLI, MOTION OF TRUSTEE PROCESS OF N&B EXPRESS, INC., AND ALLOWED MOTION FOR SPECIAL PROCESS SERVER*

Service and travel   28

*it being necessary I actually used a motor vehicle in the distance of*
75   *miles in the service of this process*

*Kevin Kohler*
Process Server