O
061162

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| EILEEN POLIZZI, FUND MANAGER of the TEAMSTERS LOCAL 404 HEALTH SERVICES AND INSURANCE PLAN, Plaintiff, | ) ) ) ) ) | |
|---|---|---|
| v. | ) ) | CIVIL ACTION NO. |
| N&B EXPRESS, INC. and JAMES CAPELLI Defendants, | ) ) ) | 05-30183-MAP |
| and | ) ) | |
| BANK OF WESTERN MASSACHUSETTS, Trustee. | ) ) ) | |

*Preliminary Injunction* ~~Temporary Restraining Order~~  MAP 9·7·05

This matter came on for hearing upon the Verified Complaint and Application For A Temporary Restraining Order* of the plaintiff Fund Manager of the Teamsters Local Union No. 404 Health Services and Insurance Plan. The defendants were notified of the application. The parties appeared and were afforded an opportunity to be heard, through counsel. It appearing from the Verified Complaint and the Affidavits of Eileen Polizzi and Ronald Easton that the Fund has a substantial likelihood of success on the merits, and it further appearing that the Fund will sustain irreparable harm in the absence of injunctive relief, NOW THEREFORE in consideration thereof it is hereby ORDERED:

1. N & B Express, Inc., its officers, agents, employees and attorneys, and those persons in active concert or participation with them who receive actual notice of this order through personal service or otherwise are hereby enjoined and restrained from transferring, alienating or otherwise disposing of the process of any sale of defendant's assets, to the extent of $ 485,000.00, pending a further order of this court.

2. James Capelli, and those persons in active concert or participation with him who receive actual notice of this order through personal service or otherwise are hereby enjoined and restrained from transferring, alienating or otherwise disposing of the process of any sale of defendant's assets, to the extent of $ 75,000.00, pending a further order of this court.

*The court has treated this as a motion for preliminary injunction. MAP 9·7·05

MAP 9.7.05

3. This matter shall be set down for hearing on _request from either defendant_ for further consideration of Prayer 2 of the Verified Complaint, ~~which seeks a preliminary injunction consistent with the terms of the foregoing order.~~

MAP 9.7.05

By the Court,

_[signature]_
United States District Judge

Date: Sept. 7, 2005

f:\l404hsip\n&bexpressinc\pldg\pldg\tro.doc:blg

I hereby certify on 9-7-05 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on_____
☑ original filed in my office on 9-7-05
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: _[signature]_
Deputy Clerk

---

FRANKLIN, ss          PROOF OF SERVICE          OCTOBER 7, 2005; 1:15 pm

On Oct. 7, 2005, at 1:15 p.m., I served a copy of the within Preliminary Injunction upon within-stated BANK of WESTERN MASSACHUSETTS by delivering IN HAND to SUSAN DILLON, Administrator in Charge, at 45 Federal St., Greenfield, MA., 01301.

DATE: October 7, 2005

_Gordon E. Ainsworth_, Deputy Sheriff

SHERIFF'S FEE: $31.58

2