UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EILEEN POLIZZI, FUND MANAGER
of the TEAMSTERS LOCAL 404 HEALTH
SERVICES AND INSURANCE PLAN,
　　　　　　　　Plaintiff

　　　　V.　　　　　　　　　　　　　CA 05CV30183-MAP

JAMES CAPELLI,
　　　　　　　　Defendant

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **EILEEN POLIZZI, Manager Teamsters Local 404,** an order of Default for failure of the Defendant, **JAMES CAPELLI**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **7TH** day of **NOVEMBER, 2005**.

　　　　　　　　　　　　　　　　TONY ANASTAS
　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　By:　/s/John C. Stuckenbruck
　　　　　　　　　　　　　　　　Deputy Clerk

Notice mailed to:  Counsel for Plaintiff
　　　　　　　　　　And Defendant

Default Notice.wpd - 2/2000)　　　　　　　　　　　　　　　　　　[ntcdflt.]