UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EILEEN POLIZZI, FUND MANAGER of the TEAMSTERS LOCAL 404 HEALTH SERVICES AND INSURANCE PLAN, Plaintiff, <br><br> v. <br><br> N&B EXPRESS, INC. and JAMES CAPELLI, Defendants, <br><br> and <br><br> BANK OF WESTERN MASSACHUSETTS, Trustee. | C.A. No. 05-30183-MAP |

### PLAINTIFF'S MOTION FOR SPECIAL PROCESS SERVER

Plaintiff, Eileen Polizzi, Fund Manger of the Teamsters Local 404 Health Services and Insurance Plan, hereby moves this Court to appoint the Franklin County's Sheriff's Office, Civil Process Division as a Special Process Server to serve the First Execution and Judgment by Default on the Defendant, James Capelli, in this action.

Respectfully submitted,
For the Plaintiff,
**Eileen Polizzi, Fund Manager
Of The Teamsters Local 404 Health
Services And Insurance Plan,**
By her attorneys,

*Kathleen A. Pennini*
Matthew E. Dwyer (BBO# 139840)
Kathleen A. Pennini (BBO # 654573)
Dwyer, Duddy and Facklam, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108-1804
(617) 723-9777

Date:   March 7, 2006

## **CERTIFICATE OF SERVICE**

I, Kathleen A. Pennini, hereby certify that I sent a copy of the foregoing document with attachments, via first–class mail on the 7th of March 2006, to:

James Capelli
29 January Hills Road
Shutesbury, MA 01072

*Kathleen A. Pennini*
Kathleen A. Pennini

f:\l404hsip\n&bexpressinc\pldg\pldg\mot.special.process.server.first.execution.judgment.doc:blg