UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**EXECUTION**  CIVIL ACTION NO. 05-30183-MAP

**To the United States Marshal for the District of Massachusetts or either of his Deputies and to** Franklin County Sheriff's Office, Civil Process Division **, Special Process Server:**

**WHEREAS** Eileen Polizzi, Fund Mgr. of Teamsters 404 Health Serv. and Ins. Plan has recovered judgment against James Capelli _____ on the 29th day of December 2005 **, for the sum of $** 74,157.46 **,** debt or damage, pre-judgment interest in the amount of $_____, and costs of this suit in the amount of $ 11,409.40 **, as to us appears of record, whereof this First Execution remains to be done,**

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $ 85,566.86 **, in the whole, with interest thereon at the rate of** 4.37 **from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.**

**HEREOF FAIL NOT** and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at Springfield , Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this ____ day of _____.

SARAH A. THORNTON
CLERK OF COURT

SEAL

By:_____
Deputy Clerk

(Execution 1st.wpd - 3/7/2005)