


**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
1550 MAIN STREET, ROOM 521
SPRINGFIELD, MASSACHUSETTS 01103
TELEPHONE: 413-785-0214

**SARAH ALLISON THORNTON**
CLERK

**JOHN C. STUCKENBRUCK**
DIVISION MANAGER

September 21, 2007

James Capelli
29 January Hills Road
Amherst, MA 01002

Re:   Eileen Polizzi v. N&B Express, Inc., et al., 05-30183-MAP

Dear Mr. Capelli,

　　This letter is to inform you that the court has rescheduled your show cause hearing in the above-referenced matter to **September 28, 2007, at 11:30 a.m., in Courtroom Three, U.S. District Court, 1550 Main Street, Springfield, Massachusetts**.  I have attached a copy of the original Order issued by the court on September 12, 2007.

　　If you have any questions, please do not hesitate to call me.  Thank you.

　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　/s/ Bethaney A. Healy
　　　　　　　　　　　　　　　　　　　　Deputy Clerk