UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| EILEEN POLIZZI, Fund Manager of The Teamsters Local 404 Health Services and Insurance Plan,<br><br>     Plaintiff<br><br>vs.<br><br>N & B EXPRESS, INC., and JAMES CAPELLI,<br><br>     Defendants. | Civil Action No.:<br><br>05-30183-MAP |

**NOTICE OF APPEARANCE**

    NOW COMES, Steven Weiss, Esquire of Shatz, Schwartz and Fentin, P.C., 1441 Main Street, Springfield, MA 01103, as counsel to James T. Cappelli, and hereby files this notice of appearance and request that all notices, documents and pleadings be sent to him as counsel to Mr. James T. Cappelli.

    Dated this 26th day of September, 2007.

                                    Respectfully Submitted,

                      By:  /S/ Steven Weiss, Esq.
                           Steven Weiss, Esquire
                           BBO#: 545619
                           SHATZ, SCHWARTZ AND FENTIN, P.C.
                           1441 Main Street
                           Springfield, Massachusetts 01103
                           (413) 737-1131
                           (413) 736-0375
                           sweiss@ssfpc.com

U\U69\FORMS\Appearance.N&BCapelli vs.Eileen Polizzi

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| EILEEN POLIZZI, Fund Manager of The Teamsters Local 404 Health Services and Insurance Plan, <br><br> Plaintiff <br><br> vs. <br><br> N & B EXPRESS, INC., and JAMES CAPELLI, <br><br> Defendants. | Civil Action No.: <br><br> 05-30183-MAP |

**CERTIFICATE OF SERVICE**

    I, Steven Weiss, Esquire, of Shatz, Schwartz and Fentin, P.C., hereby certify that on the 26th day of September, 2007, I served a copy of the foregoing, <u>Notice of Appearance</u>, via first class U.S. Mail, postage pre-paid, to the parties listed below and that have submitted appearance with this court.

N & B Express, Inc.
20 Industrial Drive West
South Deerfield, MA  01373

Paul M. Facklam, Jr., Esquire
Kathleen A. Pennini, Esquire
Dwyer, Duddy and Facklam
Two Center Plaza, Suite 430
Boston, MA 02108

                                            <u>/S/ Steven Weiss</u>
                                            Steven Weiss, Esquire

G:\U\U69\FORMS\Appearance.N&BCapelli vs.EileenPolizzi