UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
                          WESTERN DIVISION

|  |  |
|---|---|
| EILEEN POLIZZI, Fund Manager of ) <br> The Teamsters Local 404 Health ) <br> Services and Insurance Plan,  ) <br>                                ) <br>             Plaintiff          ) <br> vs.                            ) <br>                                ) <br> N & B EXPRESS, INC., and       ) <br>  JAMES CAPELLI,                ) <br>                                ) <br>             Defendants.        ) <br>                                ) | Civil Action No.: <br><br> 05-30183-MAP |

### ASSENTED TO MOTION TO CONTINUE HEARING

   Now comes Steven Weiss, of Shatz, Schwartz and Fentin, P.C., Counsel to James T. Capelli, hereby requests authority to continue the hearing scheduled for September 28, 2007 at 11:30 ("Hearing").

   1.   The Hearing is scheduled for September 28, 2007 at 11:00 a.m. before the Honorable Kenneth P. Neiman, U.S. District Court, Springfield, MA.

   2.   Counsel to James T. Capelli has a previous engagement that cannot be rescheduled at this time.

- 2 -

3.  Both counsel to Mr. Capelli and Ms. Polizzi have agreed to reschedule the hearing to October 19, 2007 at 11:00.

WHEREFORE, Steven Weiss respectfully prays:

1.  That the Hearing scheduled for September 28, 2007 before the Honorable Kenneth P. Neiman, be continued to October 19, 2007 at 11:00 a.m.; and
2.  For such further relief as this Court deems just and proper.

```
                              RESPECTFULLY SUBMITTED
                              SHATZ, SCHWARTZ AND FENTIN, P.C.
                              REPRESENTING, JAMES T. CAPELLI

Date:  September 27, 2007     By: /S/ Steven Weiss, Esquire
                                  Steven Weiss, Esquire
                                  BBO #: 545619
                                  1441 Main Street, Suite 1100
                                  Springfield, MA  01103
                                  (413) 737-1131

                              ASSENTED TO:
                              DWYER, DUDDY AND FACKLAM
                              REPRESENTING, EILEEN POLIZZI
                              FUND MANAGER OF THE TEAMSTERS LOCAL

Dated: September 27, 2007     By: /S/ Paul M. Facklam, Jr., Esq.
                                  Paul M. Facklam, Jr.
                                  BBO #: 638190
                                  Two Center Plaza, Suite 430
                                  Boston, MA 02108
                                  (617) 723-9777
```

05\0872\MotionContinueHrng9.27c