*U S GPO 2005-313-659/90103

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF Eileen PoLizzi, Fund Manager, Local 404 | COURT CASE NUMBER 05 CV 30183-MAP |
|---|---|
| DEFENDANT James Capelli | TYPE OF PROCESS Order to Appear and Ans |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC, TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

James Capelli

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 29 January Hills Rd., Amherst, MA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Bethany Healy, U.S. District Court
1550 Main St.
Springfield, MA 01103

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  John C. [illegible], Div. Manager, USDC   ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER 785-0216   DATE 9/13/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

Date of Service: 9/18/07   Time: 4:00 pm

REMARKS: 9/18/07 Left copy at above address with business card.
9/21/07 received call confirming receipt.

